# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN


USDC EDWI
FILED IN GREEN BAY DIV
FEB 2 3 2017
AT _____ O'CLOCK ___ M
JON W. SANFILIPPO

(Full name of plaintiff(s))

Alex Terrell Adams

v.

(Full name of defendant(s))

Racine County Jail
nurse Aaron, or Airin

Case Number:

17-C-245

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __717 Wisconsin Ave Racine, WI, 53403__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Racine County Jail 717 Wisconsin Ave Racine, WI 53403__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I Alex Terrell Adams An Inmate At the Racine county Jail on 4-29-16 was taken to the out side Hospital for having A Seizure. I was then brought back to the Racine County Jail And placed in A observation room with a camera, so that I could be watched. I was left in the camera room for about An Hour, or Two, And then placed in A Intake cell without A camera by myself Again I was not being watched. I had Another Seizure And was not checked on again until lunch

Complaint – 2

Case 2:17-cv-00245-DEJ   Filed 02/23/17   Page 2 of 5   Document 1

the officer who served breakfast didnot check on me the only time I was checked on was after lunch when A nurse And officer of Racine county Jail found me unresponsive I was fighting for my life until I could'nt fight anymore. I woke up to nurse Aaron, or (Airin) having two Amonia pads in my nose, her hand over my mouth while haven latex gloves on, suffercathir me pushing down with tramendious force while officers and nurse's was holding my hands And feet down. One of the Racine county Jail officers had to tell nurse Aaron (Airin) I was consious, And breathing. I was turned on my side by A. Racine county Jail Staff And I could not breath still because the Amonia pads was still in my nose. nurse Aaron (Airin) than took the pads out. Every Since this Incident I have problems breathing. I stated to nurse Aaron (Airin) why would she put amonia pads up my nose And cover my mouth d nose, while she had on latex gloves, nurse Aaron never spoke A word. All the other nurse's And officers Heard me ASK her.

Complaint – 3

Case 2:17-cv-00245-DEJ   Filed 02/23/17   Page 3 of 5   Document 1

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I Am seeking $675,000 for the damages and suffrent_____
_____

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES        ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __9th__ day of __February__ 20_17_.

Respectfully Submitted,

*Alex Adams*
Signature of Plaintiff

__103873__
Plaintiff's Prisoner ID Number

__717 Wisconsin ave Ra__

__Racine, WI 53403__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.