DEJ

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 AUG -2 P 2:08

STEPHEN C. DRIES
CLERK

Case # 2017-cv-245

Dear Judge

I Alex Terrell Adams, Do not know how to do these interrogatories Request, and production of documents Request, nor do I know how to suppliment My complaint. I am asking to be appointed legal assistance to help Me in these proceeding(s), it is My belief that it is highly probable that I am going to lose this case without counsel. I Mr. Adams do not know how to request production of document(s), or interrogatories I am already being hammerd with legal documents by defendants and there counsel. My inability and failure to answer questions correctly and fully coupled with My inexperience. This is why I am asking for appointment of counsel.

Thank you.

Dated: 7/30/2018    Signed: Alex T. Adams

Alex. Terrell. Adams
4th floor, Pod C, Cell# 5
Address → Milwaukee County Jail
949 N. 9th Street
Milwaukee, WI 53233